AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Michael Rosado
DOB:  XX/XX62
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __February 16, 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and willfully make a threat against a member of the immediate family of the President of the United States.

in violation of Title __18__ United States Code, Section(s) __879 (a) (2)__.

I further state that I am __William Mancino, Special Agent with the United States Secret Service__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, M. Jeffrey Beatrice   (202) 353 8831
Sworn to before me and subscribed in my presence,

Signature of Complainant
William Mancino, Special Agent
United States Secret Service

_____ at __Washington, D.C.__
Date                                              City and State

5   Name & Title of Judicial Officer            Signature of Judicial Officer