**AFFIDAVIT IN SUPPORT OF A COMPLAINT**

I, William M. Mancino, being duly sworn, state the following:

1. I am employed as a Special Agent with the United States Secret Service (USSS), and I am currently assigned to the Washington, D.C. Field Office. My current duty assignment includes investigating potential threats against the President of the United States and other protectees of the USSS. I have been so employed for approximately six years.

2. This affidavit is submitted in support of a criminal complaint for **MICHAEL ROSADO**, charging a violation of Title 18 United States Code Section 879(a)(2). This affidavit summarizes information developed during an investigation conducted by me and other Secret Service officers and special agents. It is submitted in support of a criminal complaint, and, as such, it does not contain every fact known to myself or other officers.

3. On February 16, 2006, at approximately 6:00 p.m., **MICHAEL ROSADO** went to the George Washington University Hospital's emergency room located at 901 23rd Street, NW, Washington, D.C. USSS Criminal Investigator Kimberly Hardin spoke with a triage nurse working in the emergency room at the time of **MICHAEL ROSADO**'s arrival. Based on your AFFIANT's conversation with Investigator Hardin, as well as a review of a statement provided by the nurse, your AFFIANT learned the following:

4. **MICHAEL ROSADO** told the nurse that he is the future son-in-law of President Bush. He then told her that he planned to kidnap and marry the President's daughter, Jenna Bush. **MICHAEL ROSADO** stated to the nurse that if Jenna Bush did not marry him, he planned to kill her and himself, and make it look like a murder suicide so that Jenna Bush would not get in trouble.

5. Based on the foregoing there is probable cause to believe that **MICHAEL ROSADO** has made oral threats against Jenna Bush, an immediate family member of the President of the United States and, as such, a protectee of the United States Secret Service.

                                                _____
                                                William M. Mancino
                                                Special Agent,
                                                United States Secret Service

Subscribed and sworn to before me this _____ day of February 2006.

                                                _____
                                                United States Magistrate Judge