# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Michael Rosado

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 69 - M - 01

FILED
FEB 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Michael Rosado___
                                         Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Knowingly and willfully making a threat against a member of the immediate family of the Presdent of the United States.

in violation of Title __18__ United States Code, Section(s) __879 (a) (2)__

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

/s/ Alan Kay
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

FEB 2 1 2006   District of Columbia
Date and Location

Bail fixed at $ _____   by _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Lafayette Park, 16th + H St. NW_ @ 1630 hrs. on 2/21/06 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/21/06 | William Mancino Special Agent U.S. Secret Service | /s/ Will Man |
| DATE OF ARREST 2/21/06 | | |