**FILED**

APR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES,
  Plaintiffs,

v.

MICHAEL ROSADO,
  Defendant.

Crim. No. 06-0069M-01
DAR

ORDER

By an order filed on February 28, 2006, Defendant was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241 for an examination with respect to his competency. A competency hearing was scheduled for this date. When Defendant's case was called on this date, the undersigned was informed by counsel that Defendant had not yet been transported to a suitable facility for the examination.

For these reasons, as well as the further reasons set forth on the record on this date, it is

**ORDERED** that Defendant is again committed to the custody of the Attorney General for an examination with respect to his competency; and it is

**FURTHER ORDERED** that Defendant shall be transported forthwith to a suitable facility; and it is

**FURTHER ORDERED** that the competency hearing is continued to June 12, 2006 at 9:30 a.m., and that the examiner's report shall be filed by no later than June 5, 2006.

April 24, 2006
DATE

_____
DEBORAH A. ROBINSON
United States Magistrate Judge