IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-069 (DAR) |
| ) | |
| **MICHAEL ROSADO,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

A hearing was held in this matter on July 11, 2006, at which time Defendant consented to the recommendation for treatment, including medication, made by the government pursuant to 18 U.S.C. § 4241 (d)(1). It is therefore, hereby

**ORDERED** that Defendant is committed to the custody of the Attorney General for mental health treatment in a suitable facility, for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the forseeable future he will attain the capacity to permit trial to proceed; and it is

**FURTHER ORDERED** that Defendant shall be transported forthwith to a suitable facility; and it is

**FURTHER ORDERED** that a status hearing shall be held on November 15, 2006 at 11:00 a.m., and that the examiner's report shall be filed no later than November 8, 2006.

_____                _____
DATE                                                                              DEBORAH A. ROBINSON
                                                                                          United States Magistrate Judge