IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal No. 06-069 (DAR) |
| MICHAEL ROSADO, | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF FILING

Defendant files the proposed Order pursuant to the oral motion of the government on July 11, 2006 and consent of the parties.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500