IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROSADO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Criminal No. 06-069 (DAR)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

A status hearing was held in this matter on January 25, 2007, at which time the Defendant, through counsel, consented to the recommendation for continued treatment, including medication, made by the government pursuant to 18 U.S.C. § 4241 (d)(2) at the request of the medical personnel at FCI Butner. It is therefore, hereby

**ORDERED** that Defendant shall continue to be committed to the custody of the Attorney General for mental health treatment in a suitable facility, for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit trial to proceed; and it is

**FURTHER ORDERED** that a status hearing shall be held on the 6th day of June, 2007 at 9:30 a.m., and that the examiner's report shall be filed no later than the 1st day of June, 2007.

_____           _____
DATE                                                                    DEBORAH A. ROBINSON
                                                                                United States Magistrate Judge

Copy to: BOP, FCI Butner, Attn: Dr. Jill Grant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL ROSADO, )<br>)<br>Defendant. )<br>) | Criminal No. 06-069 (DAR) |

### NOTICE OF FILING

Defendant files the proposed Order pursuant to the oral motion of the government on January 25, 2007 and consent of the parties.

 

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500