IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Magistrate Case No. 06-069 (DAR) |
| MICHAEL ROSADO, ) | |
| Defendant. ) | |

### ORDER

A status hearing was held in this matter on January 25, 2007, at which time the Defendant, through counsel, consented to the recommendation for continued treatment, including medication, made by the government pursuant to 18 U.S.C. § 4241 (d)(2) at the request of the medical personnel at FCI Butner. It is therefore, hereby

**ORDERED** that Defendant shall continue to be committed to the custody of the Attorney General for mental health treatment in a suitable facility, for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit trial to proceed; and it is

**FURTHER ORDERED** that a status hearing shall be held on the 6th day of June, 2007 at 9:30 a.m., and that the examiner's report shall be filed no later than the 1st day of June, 2007.

_____          _____
DATE                                                              DEBORAH A. ROBINSON
                                                                          United States Magistrate Judge

Copy to: BOP, FCI Butner, Attn: Dr. Jill Grant