UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**UNITED STATES OF AMERICA,**

v.                                                               Cr. No. 06-69M (AK)

**MICHAEL ROSADO,**

Defendant.

FILED
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

### ORDER

Upon consideration of the representations made by Doctor Grant of the Federal Medical Center ("FMC") located in Butner, North Carolina, the Court has reasonable cause to believe that although the defendant may be suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly with his defense, it is likely that defendant may, through continued treatment, be rendered competent. It is therefore, hereby,

**ORDERED** that the defendant be, and hereby is, committed to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241, for an additional 120 days at the FMC in Butner, North Carolina and that another psychiatric or psychological examination of the defendant be performed. It is further, hereby

**ORDERED** that a written report be filed pursuant to 18 U.S.C. § 4247(b). That report shall include the examiner's opinion as to whether the defendant continues to suffer from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist in his defense

or whether the defendant has recovered to the extent that he is now able to understand the nature and consequences of the proceedings against him and assist in his defense. Such report shall be filed no later than October 5, 2007. A status hearing in this matter will be held before me on October 12 at 10:00 a.m. in Courtroom 6. Finally, it is, hereby,

**ORDERED** that copies of this order be faxed to defense counsel Tony Axum (fax: 202/208-7515), AUSA Rachel Lieber (fax: 202/514-8707) and Doctor Grant (fax: 919/575-4866).

**SO ORDERED.**

Dated: 06/14/07

JOHN M. FACCIOLA
UNITED STATE MAGISTRATE JUDGE