UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-69m (JMF) |
| | : | |
| v. | : | Status date: October 12, 2007 |
| | : | |
| MICHAEL ROSADO | : | |

### GOVERNMENT'S MOTION FOR
### CONTINUANCE OF STATUS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that status hearing in the above-referenced case, currently scheduled for October 12, 2007, be continued until October 18, 2007, at 10:30 a.m., a date which convenient to the Court and parties.  As grounds for this request, the United States represents that:

1.      The defendant is currently housed at the Federal Correctional Institute at Butner, NC, where he has undergone an evaluation to determine whether he is competent to stand trial on charges of making a threat against an immediate family member of the President of the United States, in violation of 18 U.S.C. § 879(a)(2).  As the Court is aware, the defendant has undergone numerous such evaluations, and has been shuttled between the District of Columbia Department of Corrections and FCI Butner for these evaluations.  At the most recent status hearing, on June 12, 2007, the Court ordered this final competency evaluation in order to assist the Court in a resolution of the matter, as at that time, medical officials at Butner felt that he was incompetent, but likely to regain competence given further treatment.

2.      Just today, the undersigned United States Attorney received the report from Butner, indicating their view that the defendant was both incompetent, and unlikely to regain competence, given the profound state of his schizophrenia, among other diagnoses.

3.	Given the short time before the hearing, the government seeks an additional few days to determine what steps are available to ensure both the safety of the community and the rights of the defendant.

4.	Defense counsel Tony Axam, Esq., does not oppose this brief continuance, and is available on October 18, 2007, at 10:30 a.m.

WHEREFORE, the United States respectfully requests that its Motion for Continuance of Status Hearing be granted.

Respectfully Submitted,

JEFFREY TAYLOR
UNITED STATES ATTORNEY

_____
RACHEL CARLSON LIEBER
Assistant United States Attorney
National Security Section
D.C. Bar No. 456-491
555 4th Street, N.W., Room 11-909
Washington, D.C. 20503
(202) 353-8055