UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 06-069 (JMF) |
| | : | |
| v. | : | Status Hearing October 12, 2007 |
| | : | |
| MICHAEL ROSADO | : | |

## ORDER

    Based on the foregoing Government Motion to Continue Status Hearing in the above-captioned case, it is hereby
    **ORDERED** that the case is continued for further status on October 18, 2007, at 10:30 a.m., in Courtroom 6.

Dated: _____

                                                              JOHN M. FACCIOLA
                                                              UNITED STATES MAGISTRATE JUDGE