CO-194
(Rev. 8/00)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

FEB - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>. vs.                                              )<br>_Michael Rosado_                       )<br>Defendant                                     ) | Criminal Case No. _06-069 mj_ |

ORDER

Upon consideration of the motion of the Government/Defendant for an examination of the mental competency of the defendant, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and the representations made in support thereof, it is this _4th_ day of _February_, 2008,

ORDERED, that defendant be examined by the psychiatric staff of the Legal Services Division, and that after such examination a report be made to this Court as to:

(1)   Whether the defendant is presently mentally competent to understand the proceedings against him or her and to properly assist in the preparation of his or her defense; and

(2)   If the answer to the preceding paragraph is in the negative, does the examining psychiatrist believe the defendant should be transferred to a mental hospital for further examination and treatment?

IT IS FURTHER ORDERED, that the United States Marshal, or his designated deputy transport the above named defendant to the Cellblock in the Superior Court for the District of Columbia on _5th_ day of _February, 2008_, for the purpose of a preliminary psychiatric examination.

**Deborah A. Robinson
United States Magistrate Judge**