IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 06-069 (DAR) |
| MICHAEL ROSADO, ) | |
| Defendant. ) | |

**NOTICE OF FILING**

Defendant files the proposed Order pursuant to the hearing before the Court on February 6, 2008 and consent of the parties.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500