**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Criminal No. 06-069 (DAR) |
|  | ) | |
| **MICHAEL ROSADO,** | ) | |
| Defendant. | ) | |

**ORDER**

A status hearing was held in this matter on February 6, 2008, at which time the Court ordered the defendant released to the third-party custody of the D.C. Department of Corrections for placement in a halfway house. Defendant was ordered to appear in court next on February 13, 2008 at 1:45 p.m. in Courtroom 7.

The Court also ordered that the defendant comply with all conditions regarding his mental health treatment and that the defendant appear at 1125 Spring Road, NW, Washington, DC on February 19, 2008 at 10:00 a.m. for mental health services.

The Court further Orders that Mr. Rosado receive any necessary services for which the D.C. Department of Mental Health determines Mr. Rosado is eligible, including entry into the Outpatient Competency Program, if appropriate.

So ORDERED this _____ day of February, 2008.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge

Copy to: Community Forensic Services Coordinator, Lois Calhoun
      202-671-2971(f)