**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
**UNITED STATES OF AMERICA,**       )
                    **Plaintiff,**  )
                                    )
        **v.**                      )        **Criminal No. 06-069 (DAR)**
                                    )
**MICHAEL ROSADO,**                 )
                    **Defendant.**  )
_____)

<u>**CONSENT MOTION**</u>

Defendant, Michael Rosado, with the consent of the government, moves this Court to
modify its previous order directing Mr. Rosado to 1125 Spring Road, NW, Washington, DC for
mental health treatment.  In support of this motion, counsel for Mr. Rosado states that he has
been in contact with the Community Forensic Services Coordinator for the District of Columbia,
Lois Calhoun, who has indicated that the "Green Door" mental health services center located at
1221 Taylor Street, NW has interviewed Mr. Rosado and has agreed to provide him mental
health services that would have been provided at the 1125 Spring Road, NW location.

For the foregoing reasons, and those presented at the February 6, 2008 hearing on this
matter, the parties request that the Court enter the proposed Order modifying the location at
which Mr. Rosasdo should receive mental health services.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500