IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-069 (DAR) |
| ) | |
| **MICHAEL ROSADO,** ) | |
| Defendant. ) | |

### ORDER

A status hearing was held in this matter on February 6, 2008, at which time the Court ordered the defendant's pretrial release to the third-party custody of the D.C. Department of Corrections for placement in a halfway house.

Based upon the consent motion of the parties and the entire record in this matter, the Court hereby Orders that the defendant comply with all conditions regarding his mental health treatment and that the defendant appear at "The Green Door," an outpatient mental health services center located at 1221 Taylor Street, NW, Washington, DC, within 48 hours of his release to a halfway house.

Any previous Order directing Mr. Rosado to 1125 Spring Road for mental health services or ordering Mr. Rosado into the Outpatient Competency Program is hereby vacated.

All other pretrial conditions of release remain the same.

So ORDERED this _____ day of February, 2008.

_____
DEBORAH ROBINSON
United States Magistrate Judge

Copy to: Lois Calhoun, Community Forensic Services Coordinator
202-671-2971 (f)